# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*In re*: Karen K. Wong,
Attorney at Law, Bar No. 13284

Case No. 2:24-ms-00057-APG

**ORDER OF SUSPENSION**

    Attorney Karen K. Wong, State Bar No. 13284, was suspended by the Supreme Court of Nevada on July 2, 2024. On October 29, 2024, the court ordered Ms. Wong to show cause why this court should not impose reciprocal discipline and suspend her. ECF No. 1. That order was mailed via certified mail. However, the delivery status if unknown. Regardless, the order provided Ms. Wong with 30 days to respond with reasons why she should not be suspended. No response has been received. Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

    I THEREFORE ORDER that Karen K. Wong, Bar No. 13284, is suspended from practice in United States District Court for the District of Nevada.

    DATED THIS 19th Day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 2 day of ____January____ 2025, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Karen K. Wong
> 31 Ferry Road NE
> Ft. Walton Beach, FL 35248

> Certified Mail No.: 7020 3160 0000 7420 1889

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada